FILED

2005 Dec-22  PM 01:31
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ALABAMA
MIDDLE DIVISION

PHILIP GREGORY PATTERSON,          )
                                   )
              Petitioner,          )
vs.                                )          Case No. 4:02-cv-2419-TMP
                                   )
SHERIFF JAMES HAYES, and the       )
ETOWAH COUNTY DETENTION            )
CENTER,                            )
                                   )
              Respondents.         )

O R D E R

On November 18, 2005, the magistrate judge filed his report and recommendation in the above-styled cause, recommending that this petition for *habeas corpus* relief filed pursuant to 28 U.S.C. § 2241 be dismissed s moot.  No objections have been filed.  (The court notes, however, that the petitioner's copy of the report and recommendation was returned by the postal service as undeliverable.)

Having now carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the Court is of the opinion that the report is due to be and hereby is ADOPTED, and the recommendation is ACCEPTED.  Consequently, the petition for writ of *habeas corpus* pursuant to 28 U.S.C. § 2241 in the above-styled cause is due to be and the same is hereby DISMISSED as MOOT.

The magistrate judge also recommended that the petitioner be refunded $14.50 in excess filing fee paid by petitioner. Inasmuch as the court has no current address for petitioner at which to forward a refund, the court will not refund the excess fee to petitioner until such time as the petitioner contacts the court in the future.

DATED this the 22nd day of December, 2005.

**ROBERT B. PROPST**
**SENIOR UNITED STATES DISTRICT JUDGE**